IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS

| | | |
|---|---|---|
| Douglas and Serenity Boedicker, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 2:16-cv-02798-JTM-TJJ |
| v. | ) | |
| | ) | |
| Rushmore Loan Management Services LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### STATEMENT OF DEFENDANT
### RUSHMORE LOAN MANAGEMENT SERVICES LLC
### REGARDING CORPORATE OWNERSHIP

The following entities directly own 10% or more of Defendant's limited liability company membership interest:

Name: Roosevelt Management Company LLC
Address: 1540 Broadway, Suite 1500, New York, NY 10036

There are no publicly held corporations that directly or indirectly own 10% or more of Defendant's limited liability company membership interests.

Respectfully submitted,

/s/ David L. Boman
David L. Boman (KS # 19896)
SouthLaw, P.C.
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7735
(913) 663-7899 (Fax)
David.Boman@southlaw.com
*Attorneys for Defendant*

1

SL # 198139
Case No. 2:16-cv-02798-JTM-TJJ

## CERTIFICATE OF SERVICE

  I hereby certify that on March 28, 2017 I electronically filed the above and foregoing with the clerk of court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                /s/ David L. Boman
                David L. Boman

2

SL # 198139
Case No. 2:16-cv-02798-JTM-TJJ